**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Trustees of the Sheet Metal Workers Local No. 73 Annuity Fund** | ) |
| **Plaintiffs,** | ) |
| | ) **2026 CV** |
| **v.** | ) |
| **Christopher C. Chudzik, Sheryl Murabito, Jr., Christopher S. Chudzik, Jacqueline D. Chudzik, Ariana N. Chudzik, Cameron J. Chudzik, Christian T. Chudzik, and Raymond T. Kemmerling, Jr.** | ) |
| **Defendants.** | ) |

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### I. The Parties to This Complaint

### A. The Plaintiffs in Interpleader

Name: Trustees of the Sheet Metal Workers Local No. 73 Annuity Fund
Street Address: 4530 Roosevelt Rd.
City and County: Hillside, Cook County
State and Zip Code: Illinois 60162
Telephone Number: (708) 449-2127

### B. The Defendants in Interpleader

*Defendant No. 1*
Name: Christopher C. Chudzik
Street Address: 16912 S. Deer Path Dr.
City and County: Homer Glen, Will County
State and Zip Code: Illinois, 60491

*Defendant No. 2*
Name: Sheryl Murabito, Jr.
Street Address: 1141 Mandalay Ln.
City and County: Bolingbrook, Will County
State and Zip Code: Illinois, 60490

*Defendant No. 3*
Name: Christopher S. Chudzik
Street Address: 14419 Etchingham Dr.
City and County: Lockport, Will County
State and Zip Code: Illinois, 60441

*Defendant No. 4*
Name: Jacqueline D. Chudzik
Street Address: 15720 Ridge Pointe St.
City and County: New Lenox, Will County
State and Zip Code: Illinois, 60451

*Defendant No. 5*
Name: Ariana N. Chudzik
Street Address: 15720 Ridge Pointe St.
City and County: New Lenox, Will County
State and Zip Code: Illinois, 60451

*Defendant No. 6*
Name: Cameron J. Chudzik
Street Address: 15720 Ridge Pointe St.
City and County: New Lenox, Will County
State and Zip Code: Illinois, 60451

*Defendant No. 7*
Name: Christian T. Chudzik
Street Address: 15720 Ridge Pointe St.
City and County: New Lenox, Will County
State and Zip Code: Illinois, 60451

*Defendant No. 8*
Name: Raymond T. Kemmerling, Jr.
Street Address: 433 Garfield Ter.
City and County: Lombard, DuPage County
State and Zip Code: Illinois, 60148

## II. Basis for Jurisdiction and Venue

The Plaintiff Fund brings this interpleader action under Federal Rule of Civil Procedure 22. Jurisdiction is proper because the action arises under a federal statute, a federal treaty, and/or a provision of the United States Constitution, specifically, the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et seq.*

## III. <u>Statement of Interpleader Action</u>

A. The Plaintiff Fund possesses and administers the annuity benefits Andrew M. Chudzik accrued while a participant in the annuity plans. These benefits are payable to Andrew Chudzik's beneficiaries on his death. After Andrew Chudzik's death, his surviving relatives disputed who among them should receive the benefits and each threatened litigation against the Fund were s/he excluded from the benefits distribution.

B. Plaintiffs will prepare a Registry Deposit Information Form and deposit Andrew Chudzik's accumulated benefits in the amount of $228,804.18, into the registry of the Court, on this Court's order.

C. The Plaintiff Funds are strangers to the controversy between the Defendants and have no ability to properly arbitrate the dispute between them.

## IV. <u>Relief</u>

Plaintiffs request that:

The Court enter an order that Andrew M. Chudzik's accumulated benefits be deposited with the Treasurer of the United States in the name and to the credit of this Court pursuant to 28 U.S.C. §2041.

Each Defendant be restrained from instituting any action against the Plaintiff for recovery of the property or any part of it.

Defendants be required to interplead and settle among themselves their rights to the property and that the plaintiff be discharged from all liability.

The Court grant any further relief as may be just and proper under the circumstances of this case.

## V. <u>Certification and Closing</u>

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint:

(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
(4) the complaint otherwise complies with the Illinois Code of Civil Procedure and Illinois Supreme Court Rules.

Respectfully submitted,
**Trustees of the Sheet Metal Workers Local No. 73 Annuity Fund,**

By: /s/ Andrew S. Pigott
One of their attorneys

Gregory W. Hosé
Andrew S. Pigott (ARDC#6278244)
Kyle R. Sullivan
Kay Han
**Gregorio, Stec, Klein & Hosé**
Two N. LaSalle St., Ste. 1650
Chicago, Illinois 60602
312-263-2343